UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICTORIA A. JOHNSON,

    Plaintiff,

v.                                              Case No:  2:13-cv-605-FtM-38UAM

WASTE PRO FLORIDA, INC.,

    Defendant.
_____/

## **ORDER**

This matter comes before the Court on the Plaintiff, Victoria Johnson's Notice of Voluntary Dismissal (Doc. #8) filed on November 15, 2013. On October 7, 2013, this Court entered an Order to Show Cause (Doc. # 7) directing the Plaintiff to state why she had not complied with the Court's previous Order (Doc. # 4) and filed an Amended Complaint that complied with the Federal Rules of Civil Procedure. In that Order the Court noted that:

> [t]he Complaint is partially handwritten by what appears to be more than one person and partially typewritten. The Complaint itself is nothing more than a series of allegations and incidents that happened to the Plaintiff while at work. The Plaintiff's Complaint does not follow the Federal and Local Rules of Civil Procedure and is due to be dismissed without prejudice with leave to file an Amended Complaint.

(Doc. # 4). The Plaintiff was allowed up to and including November 13, 2013, to file her Amended Complaint. The Plaintiff has now filed a Notice of Dismissal stating that she is unable to pursue her claim at this time and wishes to dismiss her Complaint until a latter date. Although the Notice of Dismissal was filed two (2) days after the Court's deadline to Amend, the Court will accept the Notice as filed.

Case 2:13-cv-00605-SPC-UAM   Document 9   Filed 11/18/13   Page 2 of 2 PageID 41

Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Plaintiff informs the Court that she no longer wishes to pursue her claims against Waste Pro Florida, Inc. No answer or summary judgment has been filed although the Defendant—prior to being served with the Complaint—did file a Motion to Dismiss (Doc. # 6) on October 29, 2013. The Motion to Dismiss is now moot and due to be denied as such. Therefore, based upon the Plaintiff's voluntary dismissal, the case is due to be dismissed without prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Victoria Johnson's Notice of Voluntary Dismissal (Doc. #8) is **GRANTED**. The case is **DISMISSED** without prejudice. The Clerk of Court is directed to enter judgment accordingly, terminate any pending motions, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of November, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2